UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br> *ex rel.* JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> INTERCEPT PHARMACEUTICALS, INC. <br><br> Defendant. | No. 17-cv-12102-FDS <br><br> **FILED UNDER SEAL** |

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On January 11, 2019, the Relator filed a Notice of Voluntary Dismissal Without Prejudice of this action. Under the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States.

The United States also notifies the Court that it has communicated with Assistant Attorney General Ian Marinoff of the Attorney General's Office of the Commonwealth of Massachusetts who represents, on behalf of the States named as plaintiffs in this action ("the States") through the National Association of Medicaid Fraud Control Units, that the States also consent to the dismissal of this action without prejudice to the rights of the States under their respective state false claims acts or equivalent statutes.

The United States and the States consent on the grounds that the Relator now seeks voluntary dismissal and dismissal by the United States and the States is in their interests.

Dated: January 11, 2019

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

/s/ Kriss Basil
KRISS BASIL (BBO # 673074)
Assistant United States Attorney
U.S. Attorney's Office
Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
kriss.basil@usdoj.gov


JOSEPH H. HUNT
Assistant Attorney General, Civil Division

Michael D. Granston
Jamie Yavelberg
Amy L. Likoff
Attorneys, U. S. Department of Justice
Commercial Litigation Division
P.O. Box 261, Ben Franklin Station
Washington, DC 22044
(202) 305-3713


## CERTIFICATE OF SERVICE

I certify that the foregoing notice was served by electronic mail on counsel for the relator: Royston H. Delaney, royston@delaneykester.com.

Dated: January 11, 2019

/s/ Kriss Basil
KRISS BASIL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br>*ex rel.* JOHN DOE,<br><br>                Plaintiffs,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC.<br><br>                Defendant. | No. 17-cv-12102-FDS<br><br>**FILED UNDER SEAL** |

### [PROPOSED] ORDER

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, under the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to the Relator;

2. This action is dismissed without prejudice as to the United States and the Plaintiff States; and

3. The seal shall be lifted upon the Relator's Complaint, the Relator's Notice of Voluntary Dismissal without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Dated: _____        _____
                                                                         HONORABLE F. DENNIS SAYLOR
                                                                         UNITED STATES DISTRICT JUDGE