UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br>*ex rel.* JOHN DOE,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERCEPT PHARMACEUTICALS, INC.<br><br>        Defendant. | No. 17-cv-12102-FDS<br><br>**FILED UNDER SEAL** |

[PROPOSED] ORDER

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, under the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to the Relator;

2. This action is dismissed without prejudice as to the United States and the Plaintiff States; and

3. The seal shall be lifted upon the Relator's Complaint, the Relator's Notice of Voluntary Dismissal without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Dated: January 16, 2019

                                      HONORABLE F. DENNIS SAYLOR
                                      UNITED STATES DISTRICT JUDGE

SEALED